FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN MAMUYAC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:18-cv-04905-SVW-(SKx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF PRE-CERTIFICATION CLASS ACTION LAWSUIT**<br><br>Removal Filed: June 1, 2018<br>[Originally Filed in Los Angeles County Superior Court; Case No. BC702287] |

[~~PROPOSED~~] ORDER

Based on the above-referenced facts and the stipulation between the parties, the Court hereby grants and approves the parties' stipulation for dismissal of the action in its entirety. This action is hereby dismissed with prejudice as to Plaintiff and without prejudice to any putative class members. The Court rules that notice to the class need not be provided and that no hearing to effect the dismissal is necessary.

IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: 3/7/19

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:162899232.1 057116.1025